# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINGOIS

| | |
|---|---|
| EDDIE DAVIS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 05-273-GPM |
| SARAH REVELL, | ) ) ) |
| Respondent. | ) ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

This action is before the Court on Petitioner's motion to alter or amend judgment, filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 6).

A motion to alter or amend judgment may only be granted if movant shows there was mistake of law or fact or presents newly discovered evidence that could not have been discovered previously. *In re: Prince*, 85 F.3d 314 (7th Cir. 1996); *Deutsch v. Burlington Northern R. Co.*, 983 F.2d 741 (7th Cir. 1993).

Upon review of the record, the Court remains persuaded that its ruling dismissing the case was correct. Therefore, the instant motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: 03/01/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge